UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUMOJI PROPERTIES, LLC, a California Limited Liability Company; MICHAEL FREESE; CYNTHIA FREESE; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:16-CV-01703-NC<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 25, 2016

_____
HONORABLE NATHANAEL COUSINS
UNITED STATES DISTRICT COURT
JUDGE

GRANTED
Judge Nathanael M. Cousins

1